# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

```
_____FILED    _____ENTERED
_____LODGED   _____RECEIVED

        JAN 0 9 2002

          AT BALTIMORE
   CLERK U.S. DISTRICT COURT
   DISTRICT OF MARYLAND
BY                        DEPUTY
```

YOUNG AGAIN PRODUCTS, INC. et. al.

    Plaintiffs,

vs.

TAYLOR COMMUNICATIONS, INC. et. al.

    Defendants.

**Civil No.:  L99cv732**
**Judge Benson E. Legg**

## STIPULATION OF DISMISSAL

Plaintiffs Young Again Products, Inc., Roger W. Mason, and Ivey Mason, by and through

counsel, Freeman & Freeman, P.C., hereby stipulate that the above entitled and numbered action be

dismissed with prejudice.

Dated: January 7, 2002

Respectfully submitted,

FREEMAN & FREEMAN, P.C.

By: _____

Mark A. Freeman
Federal Bar Number 013635
One Church Street, Suite 200
Rockville, Maryland  20850
(301) 315-0200

Attorneys for Plaintiffs
Young Again Products,
Roger Mason, and Ivey Mason

Approved  10TH

MOTION "_____" this ___ day
of _____ 2002.

_____
BENSON EVERETT LEGG, U.S.D.J.